adopted September 6, 1944, under and pursuant to Act No. 342 of the Legislature of Louisiana for the year 1944, or the said Act No. 342;

It is further ordered that the stay and injunction herein ordered shall be effective and operative only on the condition that appellants shall post a bond in the penal sum of $500, to be approved by the Chief Justice, conditioned upon the payment to appellees, in the event that this appeal is dismissed or the judgment affirmed, of all damages and costs which they, or any of them, may sustain by reason of the making of this order.

See *post,* p. 685.

No. 705. MONAGHAN *v.* ARMATAGE ET AL. January 2, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *City of Trenton* v. *New Jersey,* 262 U. S. 182; *Risty* v. *Chicago, R. I. & P. R. Co.,* 270 U. S. 378, 390; *Williams* v. *Mayor,* 289 U. S. 36. *Mart M. Monaghan, pro se. Messrs. Paul J. Thompson, William H. Oppenheimer,* and *Montreville J. Brown* for appellees.

No. 713. PARKE, DAVIS & CO. *v.* COOK, COMMISSIONER OF REVENUE. January 2, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Underwood Typewriter Co.* v. *Chamberlain,* 254 U. S. 113, 120–21, and cases cited; *International Harvester Co.* v. *Wisconsin Department of Taxation,* 322 U. S. 435, 441–42; (2) *Union Tank Line Co.* v. *Wright,* 249 U. S. 275, 282; *Nashville, C. & St. L. R. Co.* v. *Browning,* 310 U. S. 362, 365–66; (3) *Interna-*